**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: February 23, 2015**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 15-50914 |
| | : | |
| Butterfliez Services, LLC, | : | Chapter 11 |
| | : | |
| Debtor | : | Judge C. Kathryn Preston |

### ORDER DIRECTING UNITED STATES TRUSTEE
### TO APPOINT HEALTH CARE OMBUDSMAN

This matter is before the Court *sua sponte*. Debtor's petition for relief, filed February 20, 2015, indicates that Debtor herein is a health care business, as that term is defined in 11 U.S.C. § 101(27A). No motion to waive the appointment of a health care ombudsman, setting forth specific facts indicating that an ombudsman is not necessary for the protection of patients, has been filed to date. Therefore, pursuant to 11 U.S.C. § 333(a)(1), it is hereby ordered that the United States Trustee shall appoint a health care ombudsman to monitor the quality of patient care

and to represent the interests of the patients of the Debtor unless a motion to waive the appointment is filed on or before the 21st day following the date of filing of the petition for relief.

**IT IS SO ORDERED.**

Copies to:

Default List

# # #