**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: March 30, 2015**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re: Butterfliez Services, LLC

: Case No. 15-50914

: Chapter 11

Debtor in Possession.

: Judge Preston

### ORDER FIXING PROOF OF CLAIM BAR DATE

It appears to the Court that a bar date for filing Proofs of Claim has not been established for the above-captioned case, and that pursuant to Bankruptcy Rule 3003(c)(3), a bar date shall be fixed in order to establish the time within which Proofs of Claim or Interest may be filed; it is therefore,

**ORDERED** that the last day for filing a Proof of Claim or Interest in this case is June 22, 2015.

**IT IS SO ORDERED.**

Copies to:  All Creditors and Parties in Interest

###