**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  Butterfliez Services, LLC | : | Case No. 15-50914 |
| | : | |
| Debtor | : | Chapter 11 |
| | : | |
| | : | Judge Preston |

**STIPULATION RESOLVING CREDITOR, STATE OF OHIO BUREAU OF
WORKLERS' COMPENSATION'S, OBJECTION TO CONFIMRATION OF
CHAPTER 11 PLAN (DOC. NO. 47)**

This matter is before the Court upon Debtor's Chapter 11 Plan of Reorganization (Doc. 37) and Creditor, State of Ohio Bureau of Workers' Compensation's ("BWC"), Objection to Confirmation of the Plan (Doc. No. 47).  In order to resolve the Objection raised by BWC, the parties hereby STIPULATE to the following:

The allowed claim of BWC entitled to Class 1 Priority treatment in Debtor's Plan in the stated amount of $15,176.66 shall bear interest at the rate of 3.0% per annum from the effective date of the plan until the allowed claim is paid in full.

IT IS SO ORDERED.

**APPROVED & STIPULATED BY:**

/s/James E. Nobile
James E. Nobile (0059705)
Nobile & Thompson Co., LPA
4876 Cemetery Road
Hilliard, OH 43026
Phone: (614) 529-8600
Fax:     (614) 5298656
lahennessy@ntlegal.com
Attorney for Debtor,
Butterfliez Services, LLC

/s/ Brian M. Gianangeli
Charles A. Mifsud (0070498)
Special Counsel to the Ohio Attorney General
Brian M. Gianangeli (0072028)
The Law Office of Charles Mifsud, LLC
6305 Emerald Parkway
Dublin, OH 43016
Phone:  (614) 389-5282
Fax:  (614) 389-2294
bgianangeli@mifsudlaw.com
Attorneys for Creditor, State of Ohio
Bureau of Workers' Compensation

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing was served by regular U.S. Mail this <u>19</u><sup>th</sup> day of

November, 2015, upon the following:


Butterfliez Services, LLC
c/o Ramona Hawkins
3045 Legion Ln
Columbus, OH 43232-5495

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Lawrence Hackett
170 N High St
Suite 200
Columbus, OH 43215

James E. Nobile
4876 Cemetery Rd.
Hilliard, OH 43026


<u>/s/ Brian M. Gianangeli</u>
 Brian M. Gianangeli (#0072028)