**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  Butterfliez Services, LLC | : | Case No. 15-50914 |
| | : | |
| Debtor | : | Chapter 11 |
| | : | |
| | : | Judge Preston |

**STIPULATION RESOLVING CREDITOR, STATE OF OHIO DEPARMENT OF JOB AND FAMILY SERVICES', OBJECTION TO CONFIMRATION OF CHAPTER 11 PLAN (DOC. NO. 48)**

This matter is before the Court upon Debtor's Chapter 11 Plan of Reorganization (Doc. 37) and Creditor, State of Ohio Department of Job and Family Services' ("ODJFS"), Objection to Confirmation of the Plan (Doc. No. 48).  In order to resolve the Objection raised by ODJFS, the parties hereby STIPULATE to the following:

The allowed claim of ODJFS entitled to Class 1 Priority treatment in Debtor's Plan in the stated amount of $22,883.57 shall bear interest at the rate of 3.0% per annum from the effective date of the plan until such allowed claim is paid in full.

IT IS SO ORDERED.

**APPROVED & STIPULATED BY:**

| | |
|---|---|
| /s/James E. Nobile | /s/ Brian M. Gianangeli |
| James E. Nobile (0059705) | Charles A. Mifsud (0070498) |
| Nobile & Thompson Co., LPA | Special Counsel to the Ohio Attorney General |
| 4876 Cemetery Road | Brian M. Gianangeli (0072028) |
| Hilliard, OH 43026 | The Law Office of Charles Mifsud, LLC |
| Phone: (614) 529-8600 | 6305 Emerald Parkway |
| Fax:    (614) 5298656 | Dublin, OH 43016 |
| lahennessy@ntlegal.com | Phone:  (614) 389-5282 |
| Attorney for Debtor, | Fax:  (614) 389-2294 |
| Butterfliez Services, LLC | bgianangeli@mifsudlaw.com |
| | Attorneys for Creditor, State of Ohio |
| | Department of Job and Family Services |

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served by regular U.S. Mail this 19<u>th</u> day of November, 2015, upon the following:

Butterfliez Services, LLC
c/o Ramona Hawkins
3045 Legion Ln
Columbus, OH 43232-5495

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Lawrence Hackett
170 N High St
Suite 200
Columbus, OH 43215

James E. Nobile
4876 Cemetery Rd.
Hilliard, OH 43026

        /s/ Brian M. Gianangeli
        Brian M. Gianangeli (#0072028)