Form 20scfckp

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

---

In Re:  Butterfliez Services, LLC

      Debtor(s)

SSN/TAX ID:
    26−3519584

Case No.: 2:15−bk−50914

Chapter:  11

Judge:  C. Kathryn Preston

---

**NOTICE OF HEARING**

Please take notice that a hearing is scheduled for:

ADDRESS:    Courtroom C, U.S. Bankruptcy Court, 170 North High Street, Fifth Floor, Columbus, OH 43215

DATE:        1/5/16

TIME:        02:00 PM

**TO CONSIDER:**

Status Conference on Plan and Disclosure Statement.

Dated: December 18, 2015

                                            FOR THE COURT:
                                            Kenneth Jordan
                                            Clerk, U.S. Bankruptcy Court

If there are contested issues of fact, parties are expected to be prepared to present any testimony necessary for the Court to determine such fact.

The courtroom and the adjacent conference rooms will be open for use of all parties one half hour prior to the scheduled hearing time.

**No unauthorized cellular phones, cameras, recording devices, weapons, pagers or other portable electronic devices are permitted on the court's premises.**