**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: January 22, 2016**

_____


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-50914 |
| Butterfliez Services, LLC, | § | Chapter 11 |
| Debtor In Possession. | § | Judge Preston |

ORDER CONDITIONALLY APPROVING FOURTH AMENDED DISCLOSURE STATEMENT AND
FIXING TIME FOR FILING BALLOTS AND OBJECTIONS
TO CONFIRMATION OF PLAN, COMBINED WITH
<u>NOTICE OF CONFIRMATION HEARING (SMALL BUSINESS CASE)</u>

This cause came on for consideration of a Fourth Amended Disclosure Statement filed by **Debtor** under Chapter 11 of the Bankruptcy Code (Doc. #73)(the "Disclosure"), in connection with the third plan of reorganization filed by Debtor on **January 21, 2016** (Doc. #72). The Debtor is a small business as that term is defined in § 101 and used in Chapter 11 of the Bankruptcy Code. The Court having reviewed the Disclosure, finds that it should be conditionally approved, subject to final approval at the hearing scheduled below.

**ACCORDINGLY, IT IS ORDERED,** and notice is hereby given, that:

1. The Disclosure is conditionally approved. A hearing to consider final approval of the Disclosure and confirmation of the plan of reorganization (the "Plan") shall be held beginning on **March 4, 2016, at 9:30 a.m.** (the "Confirmation Hearing") before Judge C. Kathryn Preston in the United States Bankruptcy Court, Courtroom C, Fifth Floor, 170 N. High Street, Columbus, Ohio 43215. For cause shown, the Confirmation Hearing may be continued from time to time by order made in open court without further written notice.

2. Within five (5) days after the date of the entry of this Order, the proponent of the Plan shall transmit by mail to all creditors, equity security holders, and other parties in interest whose votes are to be solicited, a copy of the proponent's Plan, the Disclosure with all supplements or amendments (if any), this Order, and a ballot conforming substantially to Official Form No. 14. The Plan proponent shall transmit the same documents, excluding the ballot, to the Debtor, United States Trustee, the District Director of the Internal Revenue Service, each Committee appointed pursuant to § 1102 of the Bankruptcy Code, the Securities and Exchange Commission, and to any other governmental entities, agencies, instrumentalities, or departments as required by Fed. R. Bankr. P. 2002(j). At least ten (10) days prior to the Confirmation Hearing, the Plan proponent shall file a certificate of service evidencing compliance with the requirements set forth in this paragraph and attaching a copy of the package served on parties-in-interest.

3. Objections to the Disclosure pursuant to Bankruptcy Rule 3017.1 shall be filed on or before **February 29, 2016.**

4. Parties in interest eligible to vote on the Plan may cast one ballot for each class for which they are eligible to vote, accepting or rejecting the Plan. Each original ballot accepting or rejecting a Plan must be sent to counsel for the Plan proponent, so as to be received by counsel on or before **February 29, 2016.**

5. On or before **February 29, 2016,** any objection to confirmation of the Plan shall be filed with the Court, and a copy served on the Debtor, the counsel for the Debtor, the United States Trustee, and counsel for the Unsecured Creditors Committee, (or if none, the members of the Unsecured Creditors Committee, or if none, the twenty (20) largest unsecured creditors).

6. At least two (2) business days prior to the Confirmation Hearing, the Plan proponent shall file a certification and summary report of ballots received pertaining to the proponent's Plan, itemizing each vote cast by class and reflecting the totals of all votes by class, number of claims, and total amount of claims.

7. If the Plan proponent proposes to amend or modify the Plan in response to any objection, at least 24 hours prior to the Confirmation Hearing, the Plan proponent shall file with the Court and serve on the United States Trustee and all objecting parties a response that specifically identifies any amendment(s) made in response to an objection. The Plan proponent shall attach to the response a red-lined copy of the Plan reflecting such amendments.

8. Unless the Plan is uncontested, any party wishing to present witnesses or other evidence in support of or in opposition to an objection shall, on or before **February 29, 2016**, file with the Court and

serve upon the attorney for the Debtor, the United States Trustee, and any opposing party, witness and exhibit lists in the form prescribed by Local Bankruptcy Form 7016-1, Attachments A & B.

   **IT IS SO ORDERED.**


Copies to:

Default List

All Creditors and Parties in Interest

Courtroom Deputy


                              # # #